# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON GOLDSBY, | Case No.: 2:18-cv-01912-GMN-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| CITY OF HENDERSON POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

A settlement conference was set for February 10, 2020. Docket No. 44. Having reviewed the settlement statements, the Court finds that holding a settlement conference would be futile in this case. Accordingly, the settlement conference is **VACATED**. Defense counsel must promptly notify Nevada Southern Detention Center to inform them that there is no longer any need for Plaintiff to appear telephonically for the settlement conference.

IT IS SO ORDERED.

Dated: February 7, 2020

_____
Nancy J. Koppe
United States Magistrate Judge